(112 App. Div. 908)

LUCKEY v. MOCKRIDGE et al.

(Supreme Court, Appellate Division, First Department. April 6, 1906.)

Appeal from Special Term, New York County.

Action by David B. Luckey, as trustee in bankruptcy of the estate of Frank N. Mockridge, against Grace A. Mockridge and others. From an order denying a motion to vacate an ex parte order allowing plaintiff to serve an amended summons and a supplemental and amended complaint, defendants appeal. Reversed.

Argued before McLAUGHLIN, INGRAHAM, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

Bernard G. Heyn, for appellants.
Horace E. Parker, for respondent.

INGRAHAM, J. This motion should have been granted. The plaintiff obtained an order by which he was allowed to amend the summons in this action and to serve an amended complaint without notice to the defendants who had appeared in the action. As stated in the opinion on another appeal in this case, decided herewith (98 N. Y. Supp. 335), that motion was irregular, as obtained without notice to the defendants who had appeared in the action, and also because there was not annexed to the moving papers a copy of the proposed amended complaint.

It follows that the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs. All concur.

98 N.Y.S.—22